# Exhibit 1
# Day Declaration

**The United States' Motion to Find Limited Waiver of Attorney-Client Privilege and Compel Linklaters LLP to Produce Documents**
*United States v. Santos et al.*, 23-CR-2507-RSH

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MANUEL DA SILVA SANTOS et al.,<br><br>Defendants. | Case No.: 23-CR-2507-RSH<br><br>**DECLARATION OF HSI SPECIAL AGENT KEVIN DAY** |

1. I, Kevin Day, am a Special Agent with Homeland Security Investigations. I have personal knowledge of the facts set forth below.

2. I have reviewed all documents received from Oanda Corporation pursuant to two grand jury subpoenas that requested all account records associated with Sean Winston and Atlas Capital Management, including account number 001-001-8900512-385. There are no records at Oanda Corporation for an account with account number 001-001-8900512-385. I have reviewed the monthly and annual Oanda Corporation statements for Atlas Capital Management's account number 001-001-2982610-004 named Atlas Ethos MT4 Trading. The -004 Atlas Ethos MT4 Trading account never had a balance over $104,328.22. Atlas Capital Management's three other Oanda Corporation accounts ending in -001, -002, and -003 never had a balance over $213,000.

3. I have reviewed the emails obtained from a search warrant executed on Sean Winston's email address. According to the emails, Sean Winston only sent Oanda statements for the -004 Atlas Ethos MT4 Trading account to Carlos Santos. I found no -385 Atlas Ethos MT4 Trading account statements in Sean Winston's emails.

4. I declare under penalty of perjury that the foregoing is true and correct.

DATED: 10/3/24

Kevin Day, HSI Special Agent