# Exhibit 2
# Winston Transcript
**The United States' Motion to Find Limited Waiver of Attorney-Client Privilege and Compel Linklaters LLP to Produce Documents**
***United States v. Santos et al.*, 23-CR-2507-RSH**

1    BEFORE THE GRAND JURY PANEL NO.  23-2

2    SOUTHERN DISTRICT OF CALIFORNIA

3

4    **ORIGINAL**

5

6

7

8    REPORTER'S TRANSCRIPT OF PROCEEDINGS

9    TESTIMONY OF SEAN WINSTON

10    AT 880 FRONT STREET

11    SAN DIEGO, CALIFORNIA 92101

12    FRIDAY, NOVEMBER 3, 2023

13

14

15

16

17

18

19    FOR THE GOVERNMENT:

20    TARA K. MCGRATH

21    UNITED STATES ATTORNEY

22    BY:  CHRISTOPHER BEELER, AUSA

23    UNITED STATES DEPARTMENT OF JUSTICE

24    880 FRONT STREET

25    SAN DIEGO, CALIFORNIA  92101

1          SAN DIEGO, CALIFORNIA, NOVEMBER 3, 2023, 9:38 A.M.

2                         SEAN WINSTON

3          Having been duly sworn, testifies as follows:

4          FOREPERSON:  For the record please state and spell

5     your name.

6          THE WITNESS:  Sean Winston.  S-e-a-n, W-i-n-s-t-o-n.

7                         EXAMINATION

8     BY MR. BEELER:

9     Q.   Mr. Winston, I will go over with you the standard

10    questions and admonitions that I read to witnesses who

11    testify before the Grand Jury.

12         Are you here voluntarily or in response to a

13    subpoena?

14    A.   Voluntarily.

15    Q.   You are appearing before a duly empanelled federal

16    Grand Jury which is inquiring into possible violations of

17    federal law, including, but not limited to, Title 18 United

18    States Code Section 1343, wire fraud, 1344 bank fraud, 1349,

19    wire fraud conspiracy, 1956, money laundering and money

20    laundering conspiracy, 1957, money laundering, 371,

21    conspiracy and 1960 operation of an unlicensed money

22    transmission business.

23         You are here today because it is believed that you

24    may have information as to the matters being inquired into by

25    the Grand Jury.

1         Do you understand?

2    A.   Yes.

3    Q.   As a witness before this Grand Jury you have certain

4    rights and obligations that I will review briefly with you.

5    First, you have a right under the Sixth Amendment to the

6    advice of an attorney.  That is, you have the right to

7    consult an attorney before answering the questions put to you

8    by myself or members of the Grand Jury.

9         Your attorney cannot be present in the Grand Jury

10   room with you during the proceedings, but if a question is

11   asked of you about which you would like to consult your

12   attorney, you may ask to be excused to consult with your

13   attorney.

14        Do you have an attorney?

15   A.   Yes.

16   Q.   What is your attorney's name?

17   A.   Russell Babcock.

18   Q.   Is your attorney available outside today?

19   A.   Yes.

20   Q.   If at any point there is a question regarding which

21   you would like to consult with your attorney, please let us

22   know and we will take a short break to allow you to speak

23   with your attorney.

24        Do you have any questions regarding your right to an

25   attorney?

1    A.    No.

2    Q.    You have a Fifth Amendment right not to answer any

3  question which you believe would tend to incriminate you,

4  that is, that would lead to criminal charges being brought

5  against you individually.

6         Do you have any questions about your Fifth Amendment

7  right?

8    A.    No.

9    Q.    In addition to the rights that I have just

10  mentioned, you also have an obligation as a witness.  That

11  obligation is to testify truthfully and completely to the

12  questions put to you today by me, my co-counsel and by any

13  member of the Grand Jury.

14        The foreperson of the Grand Jury administered an

15  oath to you prior to your testimony.  Any false statement

16  regarding a material fact would constitute perjury which is a

17  criminal violation punishable by up to five years in prison

18  and a $250,000 fine.

19        Do you understand your obligation to tell the truth?

20    A.    Yes.

21    Q.    Do you have any questions before we begin?

22    A.    No.

23    Q.    Mr. Winston, are you the Chief Executive Officer and

24  president of Atlas Capital Management, LLC?

25    A.    Yes.

1    Q.   How long have you had that role?

2    A.   Since inception.  Approximately since 2014, I

3 believe.

4    Q.   What does Atlas Capital Management do for business?

5    A.   We're in the business of large, medium to large

6 scale product finance.

7    Q.   Has Atlas Capital ever financed a project?

8    A.   No, not always to completion.

9    Q.   Has money ever moved through Atlas to finance a

10 project?

11    A.   For the purposes of financing the actual project,

12 no.

13    Q.   Do you know someone named Carlos Santos?

14    A.   Yes.

15    Q.   How did you meet Carlos Santos?

16    A.   Through networking, through other brokers, you know,

17 just, wanted to put together a project.

18    Q.   Approximately when did you meet Mr. Santos?

19    A.   I would say approximately 2018, 2019 possibly.

20    Q.   Have you ever met Mr. Santos in person?

21    A.   No.

22    Q.   How do you communicate with Mr. Santos?

23    A.   Generally by email or phone call, WhatsApp

24 generally.  Sometimes direct phone calls as well.

25    Q.   Is Mr. Santos associated with any company that you

1    know of?

2        A.    Yes.

3        Q.    What's the name of that company?

4        A.    Ethos Asset Management.

5        Q.    When you communicate with Mr. Santos via email is

6    his email address carlos@ethosasset.com?

7        A.    That sounds correct.

8        Q.    In addition to email communication do you have phone

9    calls with him?

10       A.    Yes.

11       Q.    Do you message him using WhatsApp?

12       A.    Extensively, yes.

13       Q.    When you met him did you try to do business Mr.

14   Santos?

15       A.    Yes.

16       Q.    What type of business did you try to conduct with

17   Mr. Santos?

18       A.    Utilizing collateral assets for the purpose of

19   margining those assets to put into large scale trading

20   programs under the guise of project capital.

21       Q.    Did you ever complete any business deal with Mr.

22   Santos?

23       A.    No.   Not in that capacity, no.

24       Q.    Did you ever complete any deal with Ethos Asset

25   Management?

1    A.    Not for project financing, no.

2    Q.    What I'd like to show you what is marked as Grand

3  Jury Exhibit 2.  It's a number of packages.

4          Do you recognize Exhibit 2?

5    A.    Yes.

6    Q.    What's on top of the document?  What are those

7  words?

8    A.    Atlas Capital Management.

9    Q.    What's the name of this document?

10   A.    It's a collateral transfer financing agreement.

11   Q.    On the top right of the page next to the title of

12  Asset Management With Collateral Transfer and Financing

13  Agreement, there's a signature there.

14         Whose signature is that?

15   A.    That is Mr. Santos' signature.

16   Q.    In this transaction was Mr. Santos representing an

17  entity called NCH Group AG?

18   A.    Yes.

19   Q.    With the language on this document, was the project

20  you were involved with him to obtain a $160 million financing

21  project through a standby letter of credit?

22   A.    That's correct.

23   Q.    Did the standby letter of credit ever get issued?

24   A.    No.

25   Q.    So this deal, did it ever go through?

1    A.    No, it never came to fruition.

2    Q.    Can we go to Page 13 of Exhibit 2.

3          On Page 13 is that your signature?

4    A.    Yes.

5    Q.    Dated October 14, 2018?

6          Whose signature is that?

7    A.    Mr. Santos' signature.

8    Q.    I'd like to go to Appendix B of Exhibit 2.  Exhibit

9    B, is this a document you put together?

10   A.    Yes.

11   Q.    And it's called Atlas Capital Management, LLC

12   Projects?

13   A.    That's correct.

14   Q.    There are four projects listed there, right?

15   A.    Yes.

16   Q.    Are these projects that Atlas Capital Management

17   financed?

18   A.    No.

19   Q.    Did you just invent the fact that Atlas Capital

20   Management financed these projects?

21   A.    Basically, we actually did have interest in trying

22   to get involved with the developments, but as they are listed

23   here, these are not developments that we ever actually were

24   able to get all the way involved with, let alone finish.

25   Q.    Did you put these projects on your letterhead to

1   make other entities believe that you financed these projects?

2        A.    Yes, it made it look more legitimate, yeah.

3        Q.    Did any of these projects listed on Appendix B ever

4   involve Carlos Santos?

5        A.    No.

6        Q.    Did these projects ever involve Ethos Asset

7   Management?

8        A.    No.

9        Q.    I'd like to go to Exhibit 3.  Mr. Winston, I'm going

10  to represent to you that Exhibit 3 is a document from an

11  Ethos Asset Management presentation.  Do you see on the

12  bottom where it says Atlas Capital Management?

13       A.    Yes.

14       Q.    Did Atlas Capital Management ever do a $2.2 billion

15  deal with Ethos Asset Management?

16       A.    No.

17       Q.    In the far right it says, "Investment fund

18  development of 20 projects guaranteed by SBLC, issued by NCH

19  Group via Credit Suisse Europe."

20             Did Atlas Capital ever finance 20 projects with

21  Ethos Asset Management?

22       A.    No.

23       Q.    In Exhibit 2, NCH Group your testimony was that that

24  deal never went through?

25       A.    That's correct.

1      Q.   So it's wrong and untrue that Atlas and Ethos ever

2   did this deal with NCH Group?

3      A.   That's true, let alone for $2.2 billion.

4      Q.   I'd like to turn to a different subject.  Has Carlos

5   Santos ever asked you to talk to his prospective clients?

6      A.   Yes, on multiple occasions.

7      Q.   And what would he ask you to talk about?

8      A.   He more or less wanted me to confirm the

9   relationship and confirm that we have completed financing

10  structures with his company prior to my meeting with his

11  prospective clients.

12     Q.   So he wanted you to talk about past financing deals

13  with Ethos even though you and Atlas have never financed any

14  deal with Ethos; is that right?

15     A.   That's correct.

16     Q.   I'd like to show you Exhibit 4.  Exhibit 4 is an

17  email.

18          Do you see that?

19     A.   I do, yeah.

20     Q.   Who is this email from?

21     A.   It's from Carlos.

22     Q.   What email address is he sending it from?

23     A.   Ethosasset.com.

24     Q.   Who is he sending it to?

25     A.   My email address, to me.

1    Q.   What date?

2    A.   April 12, 2021.

3    Q.   Is this about one of your meetings with the

4  prospective borrower?

5    A.   Can I scan through it?

6    Q.   Yes.

7         Let's start from the bottom.  Showing you, you see

8  this April 11 email from LNixon@attributableholdings.com?

9    A.   Yes.

10   Q.   Can you read the beginning of that email?

11   A.   "Mr. Winston, I hope you're having a nice weekend.

12 Thank you for your patience as we assemble the questions from

13 your clients for you to review.  We appreciate your time and

14 consideration in assisting us."

15   Q.   Are they seeking questions from prospective clients?

16   A.   That's correct.

17   Q.   Let's go back up to Carlos' response.  Is Carlos

18 telling you what to say in response to each of these

19 questions?

20   A.   Yes.

21   Q.   So for question one, what did Carlos tell you to

22 say?

23        You can read it.

24   A.   "What did you learn/discover about Ethos that made

25 you comfortable with them as a global entity of the size and

1   scale indicated in its Due Dilligence information?"

2        Q.   Is that the question from the prospective client?

3        A.   That's correct, yes.

4        Q.   Is what's next Carlos Santos' response?

5        A.   That's exactly correct.

6        Q.   What did he write to you?

7        A.   You can tell -- well, I mean, he's -- I'll read it

8   as he wrote it to me.  "You can tell like that you are

9   comfortable with all of that.  Even more because you analyzed

10  the people of the company, namely me, and that you saw my

11  track, my academic background, people that present each

12  other."  I'm not sure what that's there.  "And the track that

13  I bring to you."

14       Q.   The second question posed by the client reads, "Did

15  the funding of your tranches happen as originally

16  contemplated?"

17            How did Carlos respond to that?

18       A.   What they think is that I financing you.  You can

19  tell if you agree that I provide the financing in 10 tranches

20  or something like that."

21       Q.   The next question asks, "In what general ways was

22  the financing with Ethos better than other financing

23  alternatives available to you?"

24            How did Carlos respond?

25       A.   He responded, "Of course! Because of our source of

1  funds and because we are not a bank or a fund.  We are an
2  investment company.  That we have the capacity to diversify
3  our portfolio in a different way.  We only invest to
4  diversify our portfolio and buy and sell securities.  This
5  investment secure our IRR of the portfolio."
6      Q.   "How has Ethos been to work with since closing the
7  fine financing, vis-a-vis timely funding of your tranches,
8  monitoring your business plans' status and progress, and any
9  other follow-up requirements?"
10     A.   "We operate in a very close and friendly way.  We
11 never failed with what we agreed and we follow the
12 implementation of the project.  The idea is all the time
13 guarantee the project will happen and we recover our
14 investment.  You did/do semester accounting report and
15 implementation plan report."
16     Q.   Finally the question is, "Based on your knowledge of
17 and experience with Ethos, would you highly recommend them?"
18          How did Mr. Santos respond?
19     A.   "Fully.  Ahahah."
20     Q.   And then he wrote "Ahahah."
21     A.   Yes.  And I took that to mean like, "Come on, you
22 already know what to say as far as that."
23     Q.   We're going to switch media and I'm going to show
24 you a video?
25          Following that email did you have or attend a zoom

1  video meeting with number of Ethos prospective borrowers?

2      A.  Yes.

3      Q.  Mr. Winston, subsequent to this email did you attend

4  a zoom video meeting with some of Ethos prospective

5  borrowers?

6      A.  Yes.  At their direction and request, yes.

7      Q.  Do you recognize this zoom video?

8      A.  I do.

9      Q.  This is marked as Grand Jury Exhibit 5.  Are you in

10 the bottom left of the screen?

11     A.  Yes.

12     Q.  I'm going to play this from the two-minute mark to

13 the five-minute mark.

14         (A zoom video was played in the courtroom.)

15 BY MR. BEELER:

16     Q.  Do you know who in this video are the perspective

17 borrowers?

18     A.  It's the gentleman with the beard in the upper left

19 corner and the gentlemen in the lower corner, catty corner to

20 each other.

21     Q.  Do you know who's in the top right?

22     A.  Yes, Hans Caden Smith is I believe how you pronounce

23 his last name.

24     Q.  Is he an associate of Mr. Santos?

25     A.  Yes.

1    Q.   So you attended this zoom meeting at the direction

2    of Mr. Santos?

3    A.   That's correct.

4    Q.   In relation with the email that we just went over?

5    A.   Correct.

6         (A zoom video was played in the courtroom.)

7    BY MR. BEELER:

8    Q.   I'm going to stop it there at the five minute, 10

9    second mark.

10        Mr. Winston, is anything you said in this video

11   true?

12   A.   No.

13   Q.   Other than your name and title with Atlas Capital?

14   A.   And attempted relationships but not completion.

15   Q.   You've never done a billion dollars worth of

16   financing with Ethos?

17   A.   Right, like in the line basically is what I was

18   referring to with 300 million actually completed, no.  What

19   those were were attempted things that never got completed

20   with Ethos.

21   Q.   But you were representing to them that you had

22   actually done?

23   A.   That's correct.

24   Q.   What we're going to show you is Exhibit 6.

25        After a brief technical delay we are back to showing

1    you what's marked as Exhibit 6.   Exhibit 6 is an email

2    thread.   Do you recall receiving this email from a person

3    named Michael Shanthikumar on May 26, 2021?

4        A.    Yes.

5        Q.    Is this an example of a prospective Ethos borrower

6    reaching out to you?

7        A.    Yes.

8        Q.    He writes, "Our prospective lender Ethos Asset

9    Management has listed you as a reference."

10            Is that right?

11       A.    Yes.   Yes, that's traditionally how I would probably

12   get reached out to by one of their prospective clients.

13       Q.    Mr. Santos responded to that email; is that right?

14       A.    Yes.

15       Q.    Did Mr. Santos respond on May 26, 2021?

16       A.    Yes.

17       Q.    Can you read what he wrote?

18       A.    Dear Sean, thank you for your constant assistance

19   and references that you are giving to Ethos from our past

20   transaction.   I would like to request one more time your

21   assistance to talk with Mr. Shanthikumar" -- I don't know how

22   to pronounce the last name -- "to try to pass him part of

23   your experience of working with me and Ethos.   I really

24   appreciate your time and constant support.   We know how much

25   time this consume from you and your esteemed company."

1      Q.    This is an example of how would you be put in touch

2   with Ethos clients, right?

3      A.    Yes, that's correct.

4      Q.    Let's look at Exhibit 7.  On March 2nd, 2021 did you

5   receive this email from another prospective borrower named

6   Prestige Commercial Holdings?

7      A.    Yes.

8      Q.    Is this email dated March 2nd, 2021?

9      A.    Yes.

10     Q.    Is this person reaching out to you for a reference

11  about Ethos?

12     A.    They are.

13     Q.    And did you -- on that same day did you forward the

14  message to Carlos Santos?

15     A.    I believe so, yes, I did.

16     Q.    And did Carlos Santos respond to you on March 8,

17  2021?

18     A.    Yes.

19     Q.    And can you read the second paragraph on what he

20  tells you to say?

21     A.    "If you can confirm the reception of the email, tell

22  that you were super busy and this was the reason you didn't

23  answer to them before it will be good.  You can additional

24  confirm that we have a relation and that we deliver what we

25  agree or something like that. And tell that you will be

1  available on the end of the week to let him know when you can
2  talk.  I will return to you regarding this subject."
3      Q.   Exhibit 8 is an email from a Michael Bibring.  Do
4  you see that?
5      A.   Yes.
6      Q.   It's an email from hymn to you on November 10, 2020;
7  is that right?
8      A.   That's correct.
9      Q.   The subject is Ethos?
10     A.   Yes.
11     Q.   Is this another prospective client reaching out to
12  you about Ethos?
13     A.   It appears to be, yes.  Yes.
14     Q.   Did you forward the request for a reference to
15  Carlos?
16     A.   I did, yes.
17     Q.   You sent it also on November 10?
18     A.   Yes.
19     Q.   Did you then reply to this prospective borrower on
20  November 10 of 2020 -- did you send this email to Carlos
21  Santos on November 11?
22     A.   Yes.
23     Q.   Did you copy what you wrote to this prospective
24  borrower?
25     A.   Yes.

1       Q.   What did you write to this prospective borrower?

2       A.   "Hi, Michael, thank you so much for the follow-up

3   email. All content contained therein appears to be exactly as

4   we referenced on our call together.  As it pertains to your

5   question about IHNC I can confirm that get that yes we do

6   have debt structured management agreements with IHN as well

7   as some of their affiliate companies.  Again, please feel

8   free to reach out to us with any questions you may have.  We

9   will be happy to to assist you in any manner that we can."

10      Q.   Is IHNC another of Carlos Santos' companies?

11      A.   Yes, that is a company that he had prior to Ethos,

12  yes.

13      Q.   On November 11 did Mr. Santos respond to your email?

14      A.   Yes.

15      Q.   What did he write to you?

16      A.   "Again, I don't have words really.  Thank you for

17  everything.  You are the man! Chief in the commander!! Let's

18  see if I can bring more money to your table.  I believe that

19  this really can happen."

20      Q.   Exhibit 9.  Mr. Winston what I'm handing you is

21  marked as Grand Jury Exhibit 9.  Mr. Winston, did you sign a

22  consent form for the government to download your cell phone?

23      A.   Yes.

24      Q.   Do you recognize what's in front of you?

25      A.   Yeah, they appear to be WhatsApp messages between

1   myself and Carlos Santos.

2       Q.   Is Exhibit 9 361 pages of WhatsAp messages between

3   you and Santos?

4       A.   It appears to be, yes.

5       Q.   When is the first WhatsApp message sent?

6       A.   Can I remove this?

7       Q.   Yes.

8       A.   Looks like 5/3/2021.  It's hard to see.

9       Q.   May 3rd, 2021 is the first message?

10      A.   That appears to be correct, yes.

11      Q.   Who sent that message?

12      A.   Well, that one looks like it was an actual phone

13  call, a WhatsApp phone call.  It's really hard to see this.

14      Q.   Can you go to the last page and tell us the date of

15  the last WhatsApp message.

16      A.   9/28/2023.

17      Q.   So this is a WhatsApp message thread that goes from

18  May 3rd 2021 to September 28, 2023?

19      A.   That's correct.

20      Q.   We'll come back to Exhibit 9 with the WhatsApp

21  messages.

22           Has Carlos Santos ever given you money to invest?

23      A.   Yes.

24      Q.   Do you know why he gave you money to invest?

25      A.   Well, obviously to increase, try to get him to

1 increase it.

2     Q.  But why you?

3     A.  I guess he just felt comfortable enough with me.

4     Q.  Did you ever represent to him that you could make

5 money grow in a significant way?

6     A.  Yes, based off him asking, I affirmed to him, "Yeah,

7 that's something we can definitely do."

8     Q.  Is the money he sent to you, did it constitute

9 processed from any successful business deal between Atlas and

10 Ethos?

11     A.  No.

12     Q.  Did you understand it was his personal money?

13     A.  From what I understood, yes.

14     Q.  I'd like to show you Exhibit 10.  Exhibit 10 is a

15 bank statement.  Do you recognize this bank statement?

16     A.  I do.

17     Q.  It's a Comerica checking account statement 2589?

18     A.  Yes.

19     Q.  Is that Atlas Capital Management's bank account?

20     A.  Yes.

21     Q.  On September 25 did you receive an $800,000 wire

22 from Ethos Asset Management?

23     A.  September 25, 2020?  Yes.

24     Q.  It's a bank statement for September, the month of

25 September 2020; is that the right?

1      A.   That's correct, yes.

2      Q.   What was this money for?

3      A.   To invest in any type of investment account that we

4  felt we could earn capital with.

5      Q.   For Carlos?

6      A.   For mutual benefit.

7      Q.   Were you going to share in any profits made?

8      A.   Yes.

9      Q.   Was he directing you how to invest this money?

10     A.   Somewhat.

11     Q.   Did he tell you he had a proprietary algorithm that

12 knew how to buy and sell stocks?

13     A.   He did.  He claimed that multiple times, yeah.

14     Q.   Did you use that proprietary algorithm?

15     A.   No.

16     Q.   Do you believe that he has a proprietary algorithm?

17     A.   I do not believe that, no.

18     Q.   Let me show you Exhibit 11.  On Exhibit 11 do you

19 see that it is an October 2020 bank statement?

20     A.   Yes.

21     Q.   For Atlas Capital account ending in 2589?

22     A.   That's correct.

23     Q.   On October 16 do you see an outgoing wire?

24     A.   Yes, I do.

25     Q.   Is that outgoing wire for $100,000?

1    A.   It is.

2    Q.   And are you sending it to the Oanda corporation?

3    A.   Yes.

4    Q.   What is Oanda?

5    A.   A trading, trading brokerage firm.

6    Q.   Showing you Exhibit 12, do you recognize this?

7    A.   I do.

8    Q.   Is this an official Oanda brokerage account

9    statement?

10    A.   Yes, it appears to be the account statement that

11    would be sent out in the mail maybe, yes.

12    Q.   Is Exhibit 12 an account owned by Atlas Capital

13    Management, LLC?

14    A.   Yes.

15    Q.   Is Exhibit 12 an annual statement for January 2020

16    through December 2020?

17    A.   It is.

18    Q.   What's the account number associated with this

19    statement?

20    A.   001-001-2982610-004.

21    Q.   What's the name of this account?

22    A.   Atlas Ethos MT4 trading account.

23    Q.   Did you assign this name to this account?

24    A.   I did.

25    Q.   Is the deposit on the right-hand side for a

1   $1,000 -- does that correspond with your October 2020 wire?

2       A.   Yes.

3       Q.   What did you create this account for?

4       A.   Sub account for the trading purposes at Ethos that

5   Carlos requested.

6       Q.   This account was to grow money for Carlos Santos?

7       A.   That's correct.

8       Q.   Is this the only Oanda account that you opened for

9   Ethos and Carlos Santos?

10      A.   I believe so.  Because these are sub accounts that

11  is created as a sub account to the master account.  There

12  could have been one additional Ethos trading account but I

13  believe this was it.

14      Q.   Other than the $100,000 deposit we see here, have

15  you put any more money into the Atlas Ethos MT4 trading

16  account?

17      A.   No.

18      Q.   Have you only withdrawn money?

19      A.   Yes.

20      Q.   Let me show you Exhibit 12-A.  What is Exhibit 12-A?

21      A.   Seems to be an account statement from that account,

22  from the Atlas Ethos account.

23      Q.   For what statement period?

24      A.   January 2021 to December 2021.

25      Q.   So it's the same sub account ending in 004?

1    A.   Yes.

2    Q.   Same trading account?

3    A.   Yes.

4    Q.   What's the account balance?

5    A.   Well the opening balance 104, closing -- well,

6    that's not correct. 53,000.  It appears to be the closing

7    balance.

8    Q.   I'd like to show you Exhibit 12-B.  Do you recognize

9    this statement?

10    A.   I do.  Appears to be the same account, yes.

11    Q.   So this is another Oanda account statement for your

12    Atlas Ethos MT4 trading account ending in 004?

13    A.   Yes.

14    Q.   What statement period are we looking at?

15    A.   October 2022.

16    Q.   What's the balance of the Atlas Ethos account in

17    October 2022?

18    A.   Closing balance $5,612.

19    Q.   I'd like to show you the next exhibit which is 12-C.

20    Do you recognize this statement?

21    A.   I do, yes.

22    Q.   Is this an Atlas Capital Management Oanda account

23    statement similar to the other exhibits?

24    A.   It is.  It specifies this is the primary account.

25    Q.   The account number is what?

1    A.   001-001-2982610-001.

2    Q.   So it's the same account but a separate sub account

3  ending in 001?

4    A.   Yeah.  Well, this would be the primary account.  The

5  previous account would actually be a sub account created

6  under this account.  That's correct.

7    Q.   Let's look at 12-D.  This is an Oanda account

8  statement; is that right?

9    A.   Yes.

10    Q.   For Atlas Capital Management?

11    A.   Yes.

12    Q.   Is this the account number for sub account 002?

13    A.   It appears to be, yes.

14    Q.   What did you name this account?

15    A.   Atlas MT4 Life Trading.

16    Q.   Next exhibit, 12-E.  Is this an Oanda account

17  statement for Atlas Capital Management ending in 003?

18    A.   That's correct.

19    Q.   That you call Atlas HT Admin MT4 Life Trading?

20         Other than these this -- these four accounts at

21  Oanda that ended in 001, 002, 003 and 004, are those the only

22  Oanda accounts that you have?

23    A.   They are, yes.  The only accounts that Atlas Capital

24  Management has, yes.

25    Q.   Let's look at Exhibit 13, please.  Exhibit 13, do

1    you see -- again, this is a bank account statement.  Is this

2    a bank account statement for account ending in 2589?

3        A.    Yes.

4        Q.    For period ending December 2020?

5        A.    Yes.

6        Q.    What do you see happening on December 9 and 11 in

7    the electronic withdrawals section?

8        A.    There was a wire transfer of 75,000 to Ethos Asset

9    Management.

10       Q.    So you're sending Ethos money?

11       A.    Correct.

12       Q.    Exhibit 14.

13       A.    Same thing, as for the 11th as well.  There's two

14   separate wires for $75,000, both Ethos, yes.

15       Q.    Exhibit 14, is this a bank account statement for

16   account 2589?

17       A.    Yes.

18       Q.    What's the statement period?

19       A.    This is April 1st to April 30, 2021.

20       Q.    On April 2nd is there an incoming wire from Ethos?

21       A.    That's correct.

22       Q.    For what amount?

23       A.    1,250,000.

24       Q.    This was to invest to Oanda?

25       A.    That's correct.

1    Q.   Exhibit 15.  Is this a bank statement for account

2  ending in 2589?

3    A.   Yes.

4    Q.   What is the statement period?

5    A.   April 1st to April 30, 2021.

6    Q.   In the electronic withdrawal section, I draw your

7  attention to April 27.  Do you see a wire to Ethos?

8    A.   I do.

9    Q.   How much money are you sending?

10    A.   $600,000.

11    Q.   On April 30, did you send Ethos the wire?

12    A.   Yes.

13    Q.   For how much?

14    A.   $400,000.

15    Q.   Let's do Exhibit 16.  Is this a bank account

16  statement for account ending in 2589?

17    A.   Yes.

18    Q.   What is the statement period?

19    A.   June 1st, 2021 to June 30, 2021.

20    Q.   Is there a June 16, 2021 incoming wire?

21    A.   There is.

22    Q.   How much money did Ethos send to you on June 16?

23    A.   $400,000.

24    Q.   I'd like to go back to the WhatsApp messages and I'm

25  going to show you some messages on Page 49.

1           On the left on June 2021, what did Carlos Santos

2   send to you?

3       A.   What is the amount now in the account?

4       Q.   Which account do you think he's referring to?

5       A.   I believe he's referring to the Oanda account.

6       Q.   Is that because that's the only account you invested

7   for him?

8       A.   That's it.

9       Q.   Can you read your response?

10      A.   "It was 2.78.  Then we took the one million and then

11  over the time put it back.  We lost about 108 K, which put it

12  at 1679.  Then we got 91.2 added back which brought it to

13  2.879.  And that brought it to about 2.879 and we currently

14  have running profit at about 383 K.  So it's total is about

15  3.26 but that couldn't reflect the amount in open positions

16  nor the total of realized profit."

17      Q.   Those numbers, are those in millions?

18      A.   Yes, those are to represent in millions, yes.

19      Q.   You're representing that this is the amount in the

20  Oanda account?

21      A.   Yes.

22      Q.   On June 10, 2021?

23      A.   Correct.

24      Q.   I'm going to show you Exhibit 12-A again.  Is this

25  the Oanda account annual statement from January to December

```
 1  of 2021?
 2      A.   Yes.
 3      Q.   This is the account that you used to invest for
 4  Ethos?
 5      A.   Correct, yes.
 6      Q.   Were those millions of dollars just made up?
 7      A.   Yes.
 8      Q.   You never put that money into an Oanda account?
 9      A.   No.
10      Q.   Okay.  So you made Carlos think that there's more
11  money in his account than there actually is?
12      A.   That's correct.
13      Q.   I'd like to have you look at Page 103 of the
14  WhatsApp thread.  On the bottom of Page 103, is there a
15  WhatsApp message from Carlos dated November 22, 2021?
16      A.   Yes.
17      Q.   Could you read that WhatsApp message to the Grand
18  Jury?
19      A.   "Hi Sean, how are you?  This is the week that I
20  expect you have of the values raised by Friday.  The pledges
21  are being done.  Can you update me on our values.  Any value
22  can be made available to me between tomorrow and Wednesday.
23  All the money that comes I turn around to you and now I'm a
24  little short in terms of payment of the salaries and
25  operational costs.  Even to receive this amount in the
```

1    account it will be good to have something significant to

2    don't be a small account.  What can you pass me for these

3    days?  How much are we talking in trading now?"

4       Q.   When he says what can you pass me for these days,

5    did you understand that he was asking you for money?

6       A.   One hundred percent, yes.

7       Q.   He was asking it because he, in his own words, was

8    short in terms of payment of the salaries and operational

9    costs?

10      A.   Yeah.  He needs money, yes.

11      Q.   I'd like to go to Page 110 in your WhatsApp thread.

12           On December 21st, 2021 at 3:38 a.m. did Mr. Santos

13   send you a WhatsApp message?

14      A.   Yes.

15      Q.   What did he write?

16      A.   "Hi Sean, do you have a chance to wire me 500 K open

17   in margin to allow me to survive here to the impact of these

18   days until the 13 M are done."

19      Q.   So he's asking you for $500,000 to survive?

20      A.   That's correct.

21      Q.   I would like to show you Exhibit 17 now.  Exhibit

22   17, is this a bank account statement for account No. 2589?

23      A.   Yes.

24      Q.   What's the statement period?

25      A.   December 1st, 2021 to December 31st, 2021.

1      Q.   And on December 23 did you send Ethos $300,000?

2      A.   Yes, I did, that's correct.

3      Q.   I would like to borrow Exhibit 9 from you.

4           I'm showing you Page 139 of the WhatsApp thread.   On

5   March 30, 2022 did Mr. Santos send you a WhatsApp message

6   asking, "The second point is would it be possible to have

7   access to 250 K USD?"

8      A.   Yes.

9      Q.   And then on April 1st, 2022 can you read what he

10  wrote to you?

11     A.   "Sean, I just involved a hundred K USD.  By any

12  chance we can involve 150 K without" -- he wrote cresting

13  problems.  I'm sure he meant "creating problems.  Sorry, I'm

14  trying my best to don't bother you my friend.  Think this is

15  positive without creating problems."

16     Q.   So he's asking you in April for $150,000?

17     A.   That's correct.

18     Q.   I'm going to show you WhatsApp messages on Page 144.

19  On April 6, 2022 at the bottom, did Carlos tell you that he

20  only asks for funds when he really needs it?

21     A.   Yes.

22     Q.   Okay.  I'll show you Exhibit 18.  Is this a bank

23  account statement for account ending in 2589?

24     A.   Yes.

25     Q.   For April 2022?

```
 1      A.   Yes.

 2      Q.   And pursuant to Mr. Santos' request in that thread

 3  did you send him $50,000?

 4      A.   Yes.  50,000, yes.

 5      Q.   Finally, let me show you Exhibit 19.  It's a bank

 6  account statement for account No. 2589?

 7      A.   Yes.

 8      Q.   It's a statement period June of 2022?

 9      A.   Yes.

10      Q.   Did you receive $3 million via wire from Ethos?

11      A.   I did, yes.

12      Q.   Exhibit 20, please.  Is this a bank account

13  statement for account ending in 2589?

14      A.   Yes.

15      Q.   For the statement period of February 2023?

16      A.   Yes.

17      Q.   Did you receive via wire $4 million from Ethos?

18      A.   Yes.

19      Q.   Were you investing this money?

20      A.   That $4 actually went straight over to Bank of

21  America private bank account, yes.

22      Q.   But the deposits were you putting that into

23  investment accounts?

24      A.   No.

25      Q.   What were you doing with Carlos Santos' money?
```

1    A.    Generally, not investing it and keeping it.

2    Q.    Were you using it to live off of?

3    A.    Yes.

4    Q.    Did you buy luxury cars?

5    A.    I did.

6    Q.    Did you buy or lease a Lamborghinis?

7    A.    Yes.

8    Q.    And a Rolls Royce?

9    A.    Yes.

10   Q.    I have to bring my computer back up.

11         Let me show you Exhibit 22 while my computer gets

12   powered back up.  Is it an email you sent to Santos on April

13   13, 2023?

14   A.    Yes.

15   Q.    And are you sending him Oanda account statements?

16   A.    I am.  From this email, yes.

17   Q.    Is this an example of the statement that you

18   attached to that April 13, 2023 email?

19   A.    That is correct.

20   Q.    Now this exhibit looks different from the Oanda

21   account statements.  Why is that?

22   A.    These would be the online printout version of the

23   account as you would see it online if up went on their

24   platform.  So you could like do a quick print and this is how

25   it would come out.

1     Q.   And what is the amount of money in this account?

2     A.   $20 million is purported to be there.

3     Q.   What account number is it?

4     A.   It's the one 004, the Atlas Ethos.

5     Q.   Is this account fake?

6     A.   Yes.

7     Q.   Did you just make this up?

8     A.   Yes.

9     Q.   To make Carlos think that his money was growing?

10    A.   Yes.

11    Q.   I'd like to show you Exhibit 23.  Is this an email

12 you sent to Carlos Santos on June 2nd, 2023?

13    A.   Yes.

14    Q.   Can you tell me what you said to him?

15    A.   "The total current account value representing the

16 holdings of cash equivalent and positions is $23,396,000."

17    Q.   Did you ever make Carlos think that there was

18 hundreds of millions of dollars in this Oanda account?

19    A.   No.

20    Q.   Is this pretty much close to the maximum amount

21 you've ever pretended --

22    A.   Yes, it is the max, yes.

23    Q.   Let me show you Exhibit 25.  Do you recognize this

24 statement?

25    A.   I recognize the statement, yes.

1    Q.   Is this an Oanda statement for the account you

2   invested for Ethos ending in 004?

3    A.   That's correct.

4    Q.   What's the balance?

5    A.   $100,314,720.

6    Q.   Did you ever make Carlos think that there was a

7   hundred million dollars in his account?

8    A.   No, I did not.  Also, if you notice, at the top

9   where it says the account is Ethos Asset Management.  Our

10  account shows, it will be under our accounts, it would be

11  Atlas Capital Management.

12   Q.   You never made this account statement?

13   A.   No.

14   Q.   I'd like to show you Exhibit 26 now.  At the top is

15  this another what purports to be an Oanda account statement?

16   A.   Purports to be, yes.

17  For an account held by Atlas Capital Management, LLC

18   A.   That's correct.

19   Q.   What's the account number on this statement?

20   A.   001-01-8900512-385.

21   Q.   Did you or Atlas Capital ever have an Oanda account

22  statement with that account number ending in 385?

23   A.   No, this is not a sub account or a primary account

24  of Atlas Capital Management.

25   Q.   So you never had over 356,000,000 in an Oanda

```
 1 | account?
 2 |     A.   No.
 3 |     Q.   What's the balance on this statement?
 4 |     A.   $356,463,310.06.
 5 |     Q.   Are there signatures on this page?
 6 |     A.   Yes.
 7 |     Q.   Whose signature do you see?
 8 |     A.   I see Carlos' signature on this page.
 9 |     Q.   What is the document dated?
10 |     A.   I see 12/31/2022 written here.
11 |     Q.   Did you create this document?
12 |     A.   No.
13 |     Q.   Did you ever send this to Carlos?
14 |     A.   No.
15 |     Q.   Mr. Winston, throughout Atlas Capital did you apply
16 | for Paycheck Protection Loans during the COVID-19 pandemic?
17 |     A.   Yes.
18 |     Q.   Did you receive approximately $879,500 from those
19 | COVID era loans?
20 |     A.   Yes.
21 |     Q.   Did you spend the number on eligible expenses like
22 | payroll?
23 |     A.   No.
24 |     Q.   Does Atlas Capital have any employees other than
25 | yourself?
```

1    A.   No.

2    Q.   Is Atlas Capital a shell corporation?

3    A.   Basically.

4    Q.   Did you spend the money you received on personal

5    expenses?

6    A.   Yes.

7    Q.   Did you co-mingle the pandemic money with money you

8    received from Carlos Santos?

9    A.   I did.

10   Q.   Have you signed a plea agreement admitting that you

11   violated five counts of wire fraud associated with your

12   pandemic loan applications?

13   A.   Yes, I have.

14   Q.   And, as part of that plea agreement, have you signed

15   a cooperation addendum?

16   A.   I have, yes.

17   Q.   Does that cooperation addendum state that you agree

18   to be interviewed by Federal law enforcement agents and

19   attorneys, tell everything you know about every person

20   involved presently or in the past in fraudulent activity,

21   including your knowledge of and involvement with Carlos

22   Santos and Ethos Asset Management, Inc. as well as other

23   violations of law?

24   A.   Yes.

25   Q.   Are you doing this for an opportunity spend less

1   time in custody?

2       A.   Yes.

3       Q.   Are there any agreements between the government and

4   yourself other than what's in the plea agreement?

5       A.   Unfortunately, no.

6            MR. BEELER:   Ladies and gentlemen, do you have any

7   questions for Mr. Winston?   Okay.   Mr. Winston, you're

8   excused.   I'll walk you out to your attorney.

9            (The witness was excused at 10:39 a.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    STATE OF CALIFORNIA  )

2                        ) ss

3    COUNTY OF SAN DIEGO  )

4

5       I, Celeste Holthaus, Certified Shorthand Reporter, in

6    and for the State of California, Certificate No. 2984, do

7    hereby certify:

8       That the foregoing Grand Jury proceedings were taken at

9    the time and place herein named; that the transcript is a

10   true record of the proceedings as reported by me, a duly

11   certified shorthand reporter and a disinterested person, and

12   was thereafter transcribed into typewriting by computer.

13      I further certify that I am not interested in the

14   outcome of said action nor connected with, nor related to any

15   of the parties in said action, nor to their respective

16   counsel.

17      IN WITNESS WHEREOF, I have hereunto set my hand and

18   affixed my signature this 30th day of November, 2023.

19

20                        *Celeste Hoey*

21                   CELESTE HOLTHAUS, CSR No. 2984

22                   STATE OF CALIFORNIA

23

24

25

BEHMKE REPORTING AND VIDEO SERVICES, INC.
(415) 597-5600