# Exhibit 3
# Santos April 13, 2023 Email
## The United States' Motion to Find Limited Waiver of Attorney-Client Privilege and Compel Linklaters LLP to Produce Documents
## *United States v. Santos et al.*, 23-CR-2507-RSH

# Status of our operation

**From:** Carlos Santos <carlos@ethosasset.com>
**To:** Sean Winston <sean.winston@atlascapitalmanagementllc.com>
**Date:** Thu, 13 Apr 2023 06:15:44 -0400

Dear Sean,

I'm writing to you to express my concern and not understanding on our process.

I have invested with you at the moment around 21 M USD at Oanda and 4 M USD in cash.

As you imagine I have bank relationships as you have too. Wşth this amount of money in any brokerage firm they would be talking with me every single day. And it would be themselves giving me updated and reports without I request that.

At the present moment it is rare that you answer my messages or calls or requests. Even when I explained you how much that is necessary to me.

I'm trying to be patience and understanding.

When we started we had the target and from your side passed the idea that we would achieve every month close to 100 % return. Naturally I understand the context of the economy and understand even better the crises of the world.

But that needs to be open reported. The months are passing, the years are passing and we are far from achieve the goals that we agreed and you targeted as achievable.

And before any new investment the numbers go up in potential to be achieve but after they reduce. Exactly as happen now before I wired to you 4 M USD.

We agreed that we had 1 month in February to work this 1 M extra on top of 3 M USD.

Today one month and half after we didn't even started and you don't even care to give explanations or report.

I trully started to feel doubtafel and have to many questions. I travel to CA to meet you and try face to face make the things easier. Because by phone you are never available.

No entity in the world would act as you are acting with me and you know that very well.

Unless something is wrong and it is being hidden.

If you are interested to work professional with me and report me I'm more then happy to work together. If you don't want to work openly I prefer that my principal amount plus 50 % of the profits are send to me.

I did not intent to achieve this moment but I did more then any person would do or accept with the level of transparency that exist here.

Note:
Atlas Capital Management Group LLC gives the note that is inactive entity. Please clarify what is the reason and under what name is my money.

Kind regards,
Carlos Santos
President and Chief Executive Officer
Ethos Asset Management Inc.
PT +351 913 855 564
USA +1 (202) 374-5023

ETHOS ASSET
MANAGEMENT

4660 La Jolla Village Drive, San Diego, California, 92122
United States of America

<value><item>OPL-149946</item></value>

Internal Use Only

################
Visit our website at https://ethosasset.com/

The content of this message and any attachments may be confidential, privileged or otherwise sensitive in nature and is intended solely for the recipient. If you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Any unauthorized dissemination, copying or use of this message or its contents is strictly prohibited and may be in violation of law. In accordance with industry standards and regulatory requirements, Ethos Asset Management Inc. ("Ethos") may retain email communications for a period of time. Ethos reserves the right to monitor and archive all email communications in accordance with applicable law and may disclose such communications as required by law.

<value><item>OPL-149946</item></value>