|   |   |
|---|---|
| 1 |   |
| 2 |   |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-CR-02507-RSH |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT WITHOUT PREJUDICE AS TO (2) ETHOS ASSET MANAGEMENT, INC., (3) ELIAS ACHILLEOS, AND (4) ASSETVEST CORP** |
| ETHOS ASSET MANAGEMENT, INC. (2), ELIAS ACHILLEOS (3), and ASSETVEST CORP (4), | |
| Defendants. | |

On November 10, 2025, the United States filed a motion under Federal Rule of Criminal Procedure 48(a) for an order dismissing without prejudice the indictment and superseding indictment against Defendants Ethos Asset Management, Inc., Elias Achilleos, and AssetVest Corp. *See* ECF 183.

For the reasons stated in the United States' motion, the Court finds the government is acting in good faith to dismiss the indictment and superseding indictment against Defendants Ethos Asset Management, Inc., Elias Achilleos, and AssetVest Corp. Accordingly, the court grants leave to the government to dismiss the charges against these Defendants, grants the motion, and ORDERS:

1. The indictment and superseding indictment against Ethos Asset Management, Inc. DISMISSED WITHOUT PREJUDICE;

2. The superseding indictment against Elias Achilleos DISMISSED WITHOUT PREJUDICE; and

3. The superseding indictment against AssetVest Corp DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: 11/13/25

*Robert S. Huie*
_____
HON. ROBERT S. HUIE
United States District Judge